IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Located in Greenbelt

| | |
|---|---|
| IN RE<br><br>TIFFFANY SCOTT-BARNETT<br>FKA TIFFANY PATRICE SCOTT<br><br>  Debtor | Case No. 19-25117-LSS<br>Chapter 13 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY IXIS REAL ESTATE CAPITAL TRUST 2006-2 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-2<br><br>  Movant<br>v.<br><br>BRIAN BARNETT<br>TIFFFANY SCOTT-BARNETT<br>FKA TIFFANY PATRICE SCOTT<br><br>  Respondents | Motion No. |

## NOTICE OF DEFAULT

   Now comes, Deutsche Bank National Trust Company, as Trustee for MORGAN STANLEY IXIS REAL ESTATE CAPITAL TRUST 2006-2 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-2, the movant, and state as follows:

   1.  The Movant is the holder of a Deed of Trust on the real property and improvements with a legal description of "Lot 23 and part Lot 22 in Block H" also known as 1113 Rosemere Avenue, Silver Spring, MD 20904.

   2.  Pursuant to the terms of the Consent Order entered in the above referenced matter, the Debtor was to make a payment of $1,349.98 (said payment represents the regular mortgage payment) to the Movant on November 1, 2020 and $1370.43 for December 1, 2020.

   3.  Pursuant to the terms of the Consent Order entered in the above referenced matter, the Debtor was to make a payment to the Movant of $588.88 on October 15, 2020- December 15, 2020.

ROSENBERG & ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 47748
PROJECT NAME:
Scott-Barnett, Tiffany
PROPERTY ADDRESS:
1113 Rosemere Avenue

4. The Debtor did not make the above referenced payments and is in default under the terms of this Consent Order.

5. Pursuant to the terms of the Consent Order, unless the Debtor cures this default within Fourteen (14) days from the mailing of this notice, in total by tendering the sum of $4,531.55 (2 regular monthly payments, 3 stipulation payments, attorney fees of $100 and minus a suspense balance of $55.32) in certified funds, the automatic stay shall be terminated, and the Movant shall be free to commence a foreclosure proceeding on the real property and improvements described in the Deed of Trust securing the Movant.

6. All payments to the Movant should be made to:

Nationstar Mortgage LLC
d/b/a Mr. Cooper
Attn: Payment Processing
PO Box 619094
Dallas, TX 75261-9741

Deutsche Bank National Trust Company, as Trustee for MORGAN STANLEY IXIS REAL ESTATE CAPITAL TRUST 2006-2 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-2

/s/Mark D. Meyer, Esq.

Mark D. Meyer, Esq.

Federal Bar 15070

Rosenberg & Associates, LLC

4340 East West Highway, Suite 600

Bethesda, MD 20814

301-907-8000

ROSENBERG & ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 47748

PROJECT NAME:
Scott-Barnett, Tiffany

PROPERTY ADDRESS:
1113 Rosemere Avenue

<u>Certificate of Service</u>

 I hereby certify that on the 4th day of January, 2021, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Notice of Default will be served electronically by the Court's CM/ECF system on the following:

Rebecca A Herr, Trustee

Harris S Ammerman, Esquire

 I hereby further certify that on the 4th day of January, 2021, a copy of the Notice of Default was also mailed first class mail, postage prepaid to:

Brian Barnett
1113 Rosemere Avenue
Silver Spring, MD 20904

Tifffany Scott-Barnett
FKA Tiffany Patrice Scott
1113 Rosemere Avenue
Silver Spring, MD 20904

             <u>/s/Mark D. Meyer, Esq.</u>
             Mark D. Meyer, Esq.

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 47748

PROJECT NAME:
Scott-Barnett, Tiffany

PROPERTY ADDRESS:
1113 Rosemere Avenue